UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Commodity Futures Trading Commission, | ) ) ) |
| Plaintiff, | ) 07 CV 10270 (DAB) ) ) DECLARATION OF SERVICE |
| v. | ) ) |
| Elizabeth Baldwin, | ) ) |
| Defendant. | ) ) |

I, Dennis M. Taber, declare under penalty of perjury, pursuant to 28 U.S.C. 1746, that on _11-18-07_, I handed the following documents related to this action to the defendant, Elizabeth Baldwin, at _____ :

    Summons;
    Copy of the Complaint;
    Copy of *Ex Parte* Statutory Restraining Order;
    Copy of Plaintiff's Application for *Ex Parte* Statutory Restraining Order;
    Copy of Civil Cover Sheet;
    Copy of Memorandum of Law in Support;
    Copy of Declaration of Philip D. Rix; and
    Individual Practices of Judge Deborah A. Batts.

Dated: _Newport_, Rhode Island
November _18_, 2007

*Above documents were served upon E. Baldwin at the law office of Robert Flynn Esq One Turk's Head Pl #610 Providence RI*

_____
Dennis M. Taber

DENNIS M. TABER
CONSTABLE, STATE OF RI
LICENSE #6148