UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Commodity Futures Trading Commission, | 07 CV 10270 (DB) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXTENDING DEFENDANT BALDWIN'S TIME TO FILE AN ANSWER |
| Elizabeth Baldwin | |
| Defendant. | |

## ORDER

Upon consent and agreement of all parties, Defendant Elizabeth Baldwin ("Defendant" or "Baldwin") is hereby granted 60 additional days, until February 8, 2007, to file an Answer in the above-captioned case.

**SO ORDERED,** this  11th  day of  December , 2007.

_____
The Honorable Deborah A. Batts, U.S.D.J.