ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11 DEC 07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Commodity Futures Trading Commission,<br><br>                Plaintiff,<br><br>      v.<br><br>Elizabeth Baldwin<br><br>                Defendant. | 07 CV 10270 (DB)<br><br>[PROPOSED] ORDER<br>EXTENDING DEFENDANT<br>BALDWIN'S TIME TO FILE<br>AN ANSWER |

## ORDER

Upon consent and agreement of all parties, Defendant Elizabeth Baldwin ("Defendant" or "Baldwin") is hereby granted 60 additional days, until February 8, 2007, to file an Answer in the above-captioned case.

SO ORDERED, this 11th day of December, 2007.

_____
The Honorable Deborah A. Batts, U.S.D.J.