ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. Commodity Futures Trading Commission,

    Plaintiff,

v.

Elizabeth Baldwin

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5 FEB 08

07 CV 10270 (DB)

[PROPOSED] ORDER
GRANTING DEFENDANT
BALDWIN ADDITIONAL
TIME TO FILE AN ANSWER

## ORDER

Upon consent and agreement of all parties, Defendant Elizabeth Baldwin ("Defendant" or "Baldwin") is hereby granted 60 additional days, until April 8, 2008, to file an Answer in the above-captioned case.

SO ORDERED, this  5  day of  FEBRUARY , 2008.

*Deborah A. Batts*
The Honorable Deborah A. Batts, U.S.D.J.