UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| U.S. Commodity Futures Trading Commission, ) | 07 CV 10270 (DB) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | [~~PROPOSED~~] ORDER |
| ) | GRANTING DEFENDANT |
| Elizabeth Baldwin ) | BALDWIN ADDITIONAL |
| ) | TIME TO FILE AN ANSWER |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## ORDER

Upon consent and agreement of all parties, Defendant Elizabeth Baldwin ("Defendant" or "Baldwin") is hereby granted 60 additional days, until June 6, 2008, to file an Answer in the above-captioned case.

**SO ORDERED**, this 7th day of APRIL, 2008.

*Deborah A. Batts*

The Honorable Deborah A. Batts, U.S.D.J.