UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Commodity Futures Trading Commission, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Elizabeth Baldwin ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> ) | 07 CV 10270 (DAB) <br><br> [PROPOSED] ORDER EXTENDING DEFENDANT BALDWIN'S TIME TO FILE AN ANSWER |

**ORDER**

Upon consent and agreement of all parties, Defendant Elizabeth Baldwin ("Defendant" or "Baldwin") is hereby granted 31 additional days, until July 7, 2008, to file an Answer in the above-captioned case.

**SO ORDERED,** this ____4____ day of ____June____, 2008.

_Deborah A. Batts_
The Honorable Deborah A. Batts, U.S.D.J.