UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. Commodity Futures Trading Commission, )
                      Plaintiff, )
               v. )
Elizabeth Baldwin )
                      Defendant. )

07 CV 10270 (DB)

[PROPOSED] ORDER GRANTING DEFENDANT BALDWIN ADDITIONAL TIME TO FILE AN ANSWER

## ORDER

Upon consent and agreement of all parties, Defendant Elizabeth Baldwin ("Defendant" or "Baldwin") is hereby granted 31 additional days, until August 7, 2008, to file an Answer in the above-captioned case.

**SO ORDERED**, this 9th day of July, 2008.

*Deborah A. Batts*
The Honorable Deborah A. Batts, U.S.D.J.