UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
U.S. COMMODITY FUTURES TRADING COMMISSION,

               Plaintiff,

    -against-

ELIZABETH BALDWIN,

               Defendant.
------------------------------------------X

07 Civ. 10270 (DAB)
INITIAL ORDER
TO PRO SE PLAINTIFF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

DEBORAH A. BATTS, United States District Judge.

    You are the Defendant in the above-captioned case, which has been assigned to this Court for all purposes. All correspondence relating to this case should be directed to the Pro Se Office, U.S. Courthouse, 500 Pearl Street, New York, New York 10007-1312. No correspondence shall be sent directly to the Court.

    While this action is pending, it is the responsibility of the pro se Plaintiff immediately to inform the Court, through the Pro Se Office, of any changes of address.

SO ORDERED.

Dated:    New York, New York
           August 8, 2008

                                      Deborah A. Batts
                                  United States District Judge